IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHARLES CHAPUIS,<br> Plaintiff,<br><br>v.<br><br>FOREST HILL GROUP LLC, et al.,<br> Defendants. | No. 2:24-cv-2525-SHL-tmp |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANT DALHOFF THOMAS DESIGN, LLC**

  Plaintiff Charles Chapuis seeks to dismiss Defendant Dalhoff Thomas Design, LLC without prejudice, pursuant to Federal Rule of Civil Procedure 21. (ECF No. 128.) Dalhoff Thomas Design, LLC does not oppose Chapuis' motion to dismiss. (Id. at PageID 635.)

  Rule 21 permits a court to drop a party at any time on motion or on its own. Fed. R. Civ. P. 21. Dropping parties under Rule 21 functions as a dismissal of the party. See id. Thus, all claims against Dalhoff Thomas Design, LLC are **DISMISSED WITHOUT PREJUDICE**. This dismissal does not apply to Chapuis' claims against the remaining defendants.

  **IT IS SO ORDERED,** this 21st day of August, 2025.

              s/ Sheryl H. Lipman
              SHERYL H. LIPMAN
              CHIEF UNITED STATES DISTRICT JUDGE