IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHARLES CHAPUIS,<br> Plaintiff,<br><br>v.<br><br>FOREST HILL GROUP LLC, et al.,<br> Defendants. | )<br>)<br>)<br>)<br>) No. 2:24-cv-2525-SHL-tmp<br>)<br>)<br>)<br>) |

**ORDER DENYING AS MOOT
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

  On March 14, 2025, Defendants filed their Motion to Dismiss First Amended Complaint. (ECF No. 60.) The following month, Plaintiff Charles Chapuis filed a Second Amended Complaint. (ECF No. 92.) Therefore, Defendant's Motion to Dismiss First Amended Complaint is **DENIED AS MOOT**.

  **IT IS SO ORDERED,** this 22nd day of August, 2025.

                s/ Sheryl H. Lipman
                SHERYL H. LIPMAN
                CHIEF UNITED STATES DISTRICT JUDGE