# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CHARLES CHAPUIS,<br>　　Plaintiff,<br>v.<br>FOREST HILL GROUP LLC, et al.,<br>　　Defendants. | No. 2:24-cv-2525-SHL-tmp |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANT BURNS ENGINEERING

Plaintiff Charles Chapuis seeks to dismiss Defendant Burns Engineering without prejudice, pursuant to Federal Rule of Civil Procedure 21. (ECF No. 130.) Burns Engineering does not oppose Chapuis' motion to dismiss. (Id. at PageID 638.)

Rule 21 permits a court to drop a party at any time on motion or on its own. Fed. R. Civ. P. 21. Dropping parties under Rule 21 functions as a dismissal of the party. See id. Thus, all claims against Burns Engineering are **DISMISSED WITHOUT PREJUDICE**. This dismissal does not apply to Chapuis' claims against the remaining defendants.

**IT IS SO ORDERED,** this 25th day of August, 2025.

　　　　　　　　　　　　　　　　　s/ Sheryl H. Lipman
　　　　　　　　　　　　　　　　　SHERYL H. LIPMAN
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE